IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY BRYAN BROOKS,

    Petitioner,                    No. CIV S-06-2666 FCD EFB P

  vs.

ROBERT HOREL, Warden,

    Respondent.                ORDER

_____/

    Petitioner, proceeding in pro per, has filed a petition for a writ of habeas corpus. *See* 28 U.S.C. § 2254. At the time petitioner filed he was a prisoner, but he has since been released. He has paid the filing fee.

    The petition challenges his April 19, 2002, convictions of conspiracy, extortion and assault, for which he was sentenced to eight years in prison. *See* Cal. Pen. Code §§ 182, 524, 422, 667(e). As grounds for relief, he alleges the following: (1) his plea of guilty to assault with a deadly weapon was not knowing, intelligent and voluntary because he did not understand that the plea encompassed use of a deadly weapon; (2) his conviction of lewd conduct with a child violates due process because the prosecution's only witness was unreliable. On December 4, 2006, and February 8, 2007, petitioner filed motions for summary judgment. On May 15, 2007, the court directed respondent to file and serve a response to the petition. However, the court has

1

determined that the petition may be second or successive and that a response may not be necessary. *See* 28 U.S.C. § 2244. Even if a response is necessary, petitioner's motions for summary judgment are premature.

Before a federal district court may entertain a second or successive petition, the petitioner must obtain permission from the appellate court. 28 U.S.C. § 2244(b)(3)(A). A petition is second or successive if it challenges a judgment challenged in a prior petition and it presents claims that were or could have been adjudicated on the merits in an original petition. *Cooper v. Calderon*, 274 F.3d 1270, 1273 (9th Cir. 2001). The court has examined its records, and finds that petitioner challenged the same conviction in case number Civ. S-03-1860 FCD EFB. Petitioner alleged that (1) the trial court improperly enhanced his sentence by using a prior conviction that was more than ten years old; (2) counsel was ineffective by coercing petitioner to enter a plea of guilty; and, (3) the state trial court unduly delayed in deciding his habeas corpus petition filed in that court. Although petitioner did not in his original petition present the grounds he presents here, he could have presented them. Therefore, the October 11, 2006, petition is second or successive. *See Cooper*, 274 F.3d at 1273 ("Because Cooper was aware of the factual predicate of this claim long ago and could have raised the claim in his first petition, his claim is "second or successive."). Petitioner offers no evidence that the Ninth Circuit Court of Appeals has granted him leave to file such a petition.

Accordingly, it is hereby ordered that:

1. The court's May 15, 2007, order directing respondent to file and serve a response is vacated.

2. The December 4, 2006, and February 8, 2007, motions for summary judgment are denied without prejudice.

3. Petitioner shall, within 30 days of the date this order is signed, demonstrate either that this petition is not second or successive or submit evidence that the appellate court has given him permission to proceed on the petition. Petitioner's failure to comply with this order will result in

1  a recommendation that this action be dismissed upon the ground that petitioner seeks to proceed
2  on an unauthorized second or successive petition.
3        4.  The Clerk of the Court shall serve a copy of this order on Michael Patrick Farrell,
4  Senior Assistant Attorney General for the State of California
5  Dated:  May 21, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

3