IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIMOTHY BRYAN BROOKS, | | |
| Petitioner, | | No. CIV S-06-2666 FCD EFB P |
| vs. | | |
| ROBERT HOREL, Warden, | | |
| Respondents. | | FINDINGS AND RECOMMENDATIONS |
| _____/ | | |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On September 20, 2007, the court found that the application for a writ of habeas corpus was second or successive, and that petitioner had not demonstrated that he obtained leave from the appellate court to proceed thereon. *See* 28 U.S.C. § 2244(b)(3), (4). The court compared the petition in this case to the petition in case number Civ. S-03-1860 FCD EFB. The court determined that petitioner challenges the same judgment in both actions, and although he did not in his original petition present the grounds he presents in this case, he could have presented them. Accordingly, the court gave petitioner 30 days to demonstrate that he had obtained leave from the appellate court to proceed on the instant petition. On October 9, 2007, petitioner filed a response to the order.

////

The court has reviewed petitioner's response. Petitioner has submitted a copy of the application for leave to file a second or successive petition that he filed in the Ninth Circuit. He has not, however, submitted any evidence that the Ninth Circuit granted that application. Petitioner, therefore, has not made the showing required under 28 U.S.C. 2244(b)(3), (4).

Accordingly, it is hereby RECOMMENDED that this action be dismissed on the ground that the petition is second or successive and petitioner has not demonstrated that the Ninth Circuit has granted him leave to file it in this court.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: November 19, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE